Prob12
Rev(3/88)

FILED'08 MAR 12 15:00USDC-LAE

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Louisiana

U.S.A. vs.  JAMES COOLEY                    Docket No.  053L 2:00CR00096-001R

## Petition on Probation and Supervised Release

COMES NOW RODNEY DOUGLAS, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of James Cooley, who was placed on supervision by the Honorable Sarah S. Vance sitting in the Court at New Orleans, Louisiana, on October 11, 2000, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) Financial disclosure
2) Orientation and life skills
3) Drug aftercare treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On July 11, 2006, Your Honorable signed Probation Form 12C requesting that a warrant to be held in abeyance be issued for the arrest of James Cooley for alleged violations of supervision release. On July 7, 2006, Cooley pled guilty to disorderly conduct in Harris County District Court, Houston, Texas, under Dkt. No. 137020501010.  On October 26, 2006, Cooley  pled guilty in Harris County District Court, Houston, Texas under Dkt. No. 107471901010 to possession of marijuana.  As a result of the new convictions, it is recommended that the warrant to be held in abeyance be made active for the appearance of James Cooley before this Court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

PRAYING THAT THE COURT WILL ORDER  that the warrant to be held in abeyance issued July 11, 2006 be made active, for the appearance of James Cooley before this Court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

ORDER OF COURT

Considered and ordered this *12th* day of March, 2008,  and ordered filed and made a part of the records in the above case.

_____
Sarah R. Vance
U. S. District Judge

Original  -  Clerk's Office
1 Copy    -  U.S. Marshal
1 Copy    -  U.S. Attorney
2 Copies  -  U.S. Probation

Respectfully,

_____
Rodney C. Douglas
U.S. Probation Officer
504-589-3216

Place: New Orleans, Louisiana

Date:  March 06, 2008