**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**PROBATION OFFICE**

JILL N. BENOIT
CHIEF PROBATION OFFICER

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3286

March 6, 2008

Honorable Sarah S. Vance
United States District Judge
500 Poydras Street, Room C-255
New Orleans, Louisiana 70130

RE: COOLEY, JAMES
CR. DKT. NO. 053L 2:00CR00096-001 R
REQUEST FOR WARRANT HELD IN ABEYANCE
TO BE MADE ACTIVE

Dear Judge Vance:

As Your Honor may recall, on July 11, 2006, Your Honor signed a Probation Form 12C requesting that a warrant be issued for the arrest of James Cooley for alleged violations of supervised release. It was further recommended that the warrant be held in abeyance, thereby, tolling the expiration of his supervised release pending the disposition of the charges pending against him in Harris County District Court, Houston, Texas. On July 7, 2006, Cooley was found guilty of disorderly conduct and was sentenced to two days in the Harris County Jail. On October 26, 2006, Cooley pled guilty to possession of marijuana and was sentenced to 45 days in the Harris County.

As a result of the new convictions, it is recommended that the warrant to be held in abeyance be made active for the appearance of James Cooley before this Court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

Accordingly, Probation Form 12 is attached for Your Honor's signature, should Your Honor concur in this matter.

Respectfully,

Rodney C. Douglas
U.S. Probation Officer

RCD/lh

Enclosure

Reviewed by: _____
Christy L. Waters
Supervising U.S. Probation Officer